■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN FINLEY, Appellant. [936 NYS2d 907]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Florio, Leventhal and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMANDA GLEDHILL, Appellant. [936 NYS2d 916]

The defendant's contention that the County Court improperly sentenced her without obtaining an updated presentence report is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Mannina*, 89 AD3d 1038 [2011]; *People v Thompson*, 65 AD3d 1390 [2009]; *People v Grzywaczewski*, 61 AD3d 699, 700 [2009]; *People v Ruffino*, 52 AD3d 624, 625 [2008]; *People v Ramirez*, 29 AD3d 1022 [2006]) and, in any event, is without merit (*see People v Kuey*, 83 NY2d 278, 282-283 [1994]; *People v Mannina*, 89 AD3d 1038 [2011]; *People v Ruff*, 50 AD3d 1167, 1168 [2008]).

The resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contention is without merit. Rivera, J.P., Roman, Sgroi and Cohen, JJ., concur.